UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERRY LEE KRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:02CV01502 AGF |
| ) | |
| CITY OF BRIDGETON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on Michelle Mayer's motion to intervene. Upon review of the file, this motion shall be denied. This case has been pending for over three and one half years. After many delays, all dispositive motions now are due next month. Allowing Ms. Mayer to intervene at this late date in the proceedings would unduly prejudice Defendants and would interfere with the Court's management of its docket. Ms. Mayer has not asserted any excuse for waiting until now to seek to intervene, and any claims she has against the present Defendants will not be extinguished by denying her motion to intervene in this lawsuit.

Accordingly,

**IT IS HEREBY ORDERED** that Michelle Mayer's motion to intervene as a plaintiff is **DENIED**. [Doc. #118]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of May, 2006.